## **STATEMENT OF FACTS**

     On Wednesday, June 8, 2005, at about t 11:35 p.m., sworn officers with the Metropolitan Police Department's Third District received a radio run to canvass area around 2041 Georgia Avenue, N.W., Washington, D.C., Howard University Hospital for a man bleeding from the neck. Once officers arrived, a witness showed officers, where he had seen the defendant, Juvon Searles, hide a gun on the rear left tire of a blue mini-van.  The witness also told officers, that the defendant, had entered the emergency room at Howard University Hospital, after attempting to hide the gun. Officers recovered a loaded Ruger 9mm semi-automatic handgun.  Officers placed the defendant under arrest.  Hospital staff told officers, that the defendant identified himself as Juvon Searles. Recovered from the defendant's buttocks area, was 18 ziplocks of white rock-like substance, which field tested positive for cocaine.   To the best of the undersigned officer's knowledge, defendant Juvon Searles  has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. F1201-00.  Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime.  He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future.  To the best of this officer's knowledge, there are no Ruger 9mm semi-automatic handguns nor ammunition manufactured in the District of Columbia.


                                      OFFICER PAUL JOHNSON
                                      THIRD DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME
ON THIS __ DAY OF JUNE, 2005.


                                      U.S. MAGISTRATE JUDGE