AO 470 (8/85) Order of Temporary Detention

# United States District Court

DISTRICT OF _Columbia_

UNITED STATES OF AMERICA

v.

_Luvon T. Sennles_
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

FILED
JUN 20 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case Number: _05-335m_

Upon motion of the _Government_, it is ORDERED that a detention hearing is set for _6-29-05_ * at _9:30 P.M._

before _Magistrate Judge John M. Facciola_
Name of Judicial Officer

_Courtroom 4 Second Floor_
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
Other Custodial Official

Date: _06/20/05_

_[signature]_
Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.